IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERRY WALKER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CERNER CORPORATION, d/b/a ORACLE HEALTH, INC., and SAPPHIRE COMMUNITY HEALTH, INC.,<br><br>Defendants. | CV 25-188-M-KLD<br><br>ORDER |

The Parties have filed an unopposed joint motion to transfer venue to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C § 1404(a) and to stay proceedings. Accordingly, and good cause appearing,

IT IS ORDERED that, pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the Western District of Missouri, Kansas City Division. The Clerk of Court is directed to transfer this action to that

//

//

Court. IT IS FURTHER ORDERED that all deadlines in this matter are stayed pending transfer.

DATED this 20th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge